1  ALEX G. TSE (CABN 152348)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       Jeffrey.b.schenk@usdoj.gov
8
   Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,           ) NO. CR-17-00545-BLF
   |                                     )
14 |     Plaintiff,                      ) JOINT STIPULATION AND [~~PROPOSED~~] ORDER
   |                                     ) IMPOSING RESTITUTION
15 | v.                                  )
   |                                     )
16 | JOHN MCEWAN,                        )
   |                                     )
17 |     Defendant.                      )
   |                                     )
18

19     The parties hereby stipulate and agree that the Court should enter the following Order regarding

20 the imposition of restitution.

21     The defendant, John McEwan, shall pay restitution totaling $6,421,345.31 to the victims and in

22 the amounts identified in the attached spreadsheet. A redacted version of this spreadsheet is attached for

23 filing, and an unredacted version of this spreadsheet will be provided to the Court and Clerk's Office for

24 purposes of disbursing restitution funds.

25     During imprisonment, payment of the restitution is due at the rate of not less than $25 per quarter

26 and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Once the

27 defendant is on supervised release, restitution must be paid in monthly payments of not less than $200 or

28 at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement

on supervision.  Any established payment plan does not preclude enforcement efforts by the U.S. Attorney's Office if the defendant has the ability to pay more than the minimum due.  The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

DATED: September 26, 2018                    Respectfully submitted,

                                             ALEX G. TSE
                                             United States Attorney

                                             /s/
                                             JEFF SCHENK
                                             Assistant United States Attorney


Dated: 9/26/2018                             /s/
                                             LAWRENCE E. BIEGEL
                                             Attorney for Defendant


# [~~PROPOSED~~] ORDER

The COURT hereby ORDERS, the defendant, John McEwan, shall pay restitution totaling $6,421,345.31 to the victims and in the amounts identified in the attached spreadsheet.

During imprisonment, payment of the restitution is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.  Once the defendant is on supervised release, restitution must be paid in monthly payments of not less than $200 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.  Any established payment plan does not preclude enforcement efforts by the U.S. Attorney's Office if the defendant has the ability to pay more than the minimum due.  The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

1    Finally, the Court HEREBY vacates the restitution hearing currently scheduled for October 2, 2018.

Dated: September 27, 2018

*Beth Labor Freeman*
BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE